No. 175. HITCHCOCK *v.* HITCHCOCK. October 14, 1940. The motion to proceed on the typewritten petition

is granted. The petition for writ of certiorari to the Supreme Court of Illinois is denied. *Winifred Hitchcock, pro se. Wiley Hitchcock, pro se.*